○ ORIGINAL

# UNITED STATES DISTRICT COURT
for the
District of Oregon

FILED 22 OCT '19 13:52 USDC-ORP

U.S. MARSHALS SERVICE OCT 10 '19 2:44PM

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| DIANA PETROVIC | ) | Case No. 3:19-cr-00458-MO-2 |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* DIANA PETROVIC ,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Sex Trafficking of a Child by Force, Fraud and Coercion
Sex Trafficking of a Child
Transportation of a Minor with Intent to Engage in Sexual Activity

Date: 10/09/2019

City and State: Portland, OR

s/S. Behrends
*Issuing officer's signature*

S. Behrends, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

DATE 10/11/19
ARRESTED BY Subject already in custody
*Arresting officer's signature*

U.S. MARSHAL
BY [signature]
*Printed name and title*