IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No. 3:19CR00186-03-MO |
| --- | --- |
| v. | 3:19CR00458-02-MO |
| Diana Petrovic | MODIFICATION OF RELEASE CONDITIONS |

IT IS ORDERED THAT that the defendant's pretrial release conditions, specifically her location monitoring restrictions are modified. The defendant is still on GPS Monitoring, but she is subject to a Curfew as directed by U.S. Pretrial Services, rather than the previously ordered Home Detention restriction. All other previously ordered conditions of release remain in effect.

IT IS SO ORDERED THIS 22 day of January, 2020.

_____
The Honorable Jolie A. Russo
U.S. Magistrate Judge

Submitted by U.S. Pretrial Services