

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

SUBMISSION REQUIREMENTS FOR ELECTRONIC TRIAL EXHIBITS

### Introduction

The District of Oregon uses the Jury Evidence Recording System (JERS) for the viewing of electronic exhibits by a jury during deliberations. This document describes the requirements and procedures parties and counsel are to follow when submitting electronic trial exhibits to the Court. To facilitate the use of JERS, parties and counsel should plan how exhibits may be prepared for electronic submission before they begin the discovery process and as they prepare exhibits for trial. Physical exhibits are to be handled in accordance with the trial judge's instructions.

### File Type Requirements

Electronic exhibits are to be submitted in these formats:

| EXHIBIT TYPES | ALLOWABLE FILE TYPES |
| --- | --- |
| Documents | .pdf .tif |
| Images | .jpg, .gif, .png, .pdf |
| Video and Audio Recordings | .avi, .mpg, .mp3, .mp4 |

- File sizes are not to exceed **500MB**. Exhibits exceeding this size limit must be separated into smaller files. To identify smaller files, append (a), (b), (c), etc., to the file name in the **Exhibits.txt** document, as further described below.

- **PDF file types are to be in PDF/A format** and should be reduced in size using tools and features like Adobe Acrobat's "Reduce File Size." (Information about PDF/A is available on the Court's website at ord.uscourts.gov, on the For Attorneys page, under the FAQs menu.)

- **PDF files must also be optimized for fast web view**. (Visit the Adobe website at adobe.com on the Support & Learning page for instructions on optimizing PDF files for fast web view.)

- Images may be reduced in size by reducing their dimensions, usually with minimal effect to viewing quality.

- Documents and images must be properly oriented for viewing.

### How to Submit Electronic Exhibit Files

Electronic exhibit files must be submitted to the Court on USB flash media (*i.e.*, thumb drive), external USB hard drive, DVD, or CD. All files must be provided on a single storage device.

To prepare the Exhibit List and Exhibit Files to be imported into JERS:

- Create a new text file by opening Notepad or another text editor and saving a file named **Exhibits.txt**.

- Input the list of exhibits into the text file **Exhibits.txt** in the following format, one exhibit per line. Separate the exhibit number, description, and file name with the "pipe" character (|):

    **Exhibit Number (optional sub-part) |Exhibit Description |Exhibit File Name**

    

- File names must not exceed 208 characters in length.

- File names do not need to match the exhibit descriptions.

- Do not use prejudicial names or descriptions.

- The Court may choose to release the exhibits without including the descriptions.

- Allowable punctuation in descriptions and file names are underscores, spaces, parenthesis, and periods only. Do not use the "pipe" character in any file name.

- Do not include leading zeros in exhibit numbers.

### Exhibits.txt File Example

```
1|Hotel Receipt|Ex 1 Hotel Receipt.pdf
2|Floor plan of house|Floor plan.pdf
3|Photograph of Bank Interior|3.gif
4|Rendering of House|Ex 4 Rendering of House.png
5|Surveillance Video of Sidewalk|Ex 5 surveillance video of sidewalk.mpg
6a|Video of House Minutes 00:00-05:00|Ex 6(a) Video of House.avi
6b|Video of House Minutes 05:00-10:00|Ex 6(b) Video of House.avi
6c| Video of House Minutes 10:00-15:00|Ex 6(c) Video of House.avi
7|911 Call|911 Call.mp3
8|Police Radio Recording|Ex 8 Police Radio.mp4
9|Contract to purchase house|Ex 9 Contract.pdf
10|Photograph of Gun|Ex 10 Gun Photo.jpg
```

After the files are imported into the JERS system, they will be reviewed by the Courtroom Deputy Clerk (CRD). If there are any illegible exhibits or other file errors, the CRD will contact the offering party and request a corrected file.

## During Trial

At the conclusion of each trial day, parties may be required to review the exhibits admitted into evidence with the CRD in order to limit the time between closing arguments and when the exhibits may be released to the jury to begin deliberations.

If necessary, additional exhibits may be submitted by the parties to the CRD during trial. The file type requirements outlined above still apply and the electronic exhibit file(s) must be submitted on USB flash media (*i.e.*, thumb drive), external USB hard drive, DVD, or CD. An **Exhibits.txt** file, however, will not be required.

## Final Review of Exhibits

Prior to closing arguments, the parties are to confer for a final review of those exhibits to be released to the jury. The parties should anticipate extra time for this review. Exhibits not marked as "admitted" will not be released to the jury.

## Prior to Deliberations

Jurors will watch a tutorial video explaining how to use the JERS system, which covers selecting and viewing documents; starting, pausing, and stopping videos; and other functions to review evidence.

## Questions

Contact the Judge's Courtroom Deputy Clerk for questions regarding the JERS system.