IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:19CR00458- 02-MO<br>3:19CR00186-03-MO |
| v. | |
| Diana Petrovic | ORDER MODIFYING<br>CONDITIONS OF RELEASE |

**IT IS ORDERED THAT the following conditions be added:**

- **Participate in one of the following location restriction programs and comply with its requirements as directed.**
- **(X) Curfew. You are restricted to your residence every day ( ) from _____ to _____, or (X) as directed by the pretrial services office or supervising officer.**
- **Submit to the following location monitoring technology and comply with its requirements as directed.**
  **(X) GPS**
- **Pay all or part of the cost of location monitoring based on your ability to pay as determined by the pretrial services or supervising officer.**
- **Reside at a community corrections center (CCC) and abide by all rules of the facility until otherwise notified by U.S. Pretrial Services. The defendant shall appear before the Duty Magistrate Judge for a status hearing if still residing at the CCC after 60 days.**

**IT IS SO ORDERED THIS _____ day of _____, 2022.**

_____
The Honorable Michael W. Mosman
Senior U.S. District Judge

**Submitted by U.S. Pretrial Services**